UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:
MATTHEW P BERNICO
NANNETTE J BERNICO
Debtor(s)

Case No. 09-43327

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/16/2009.

2) The plan was confirmed on 01/20/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 05/24/2010.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $22,300.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,496.64 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$4,496.64** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,601.82 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $251.82 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,853.64** |

Attorney fees paid and disclosed by debtor:        $500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCED FAMILY DENTAL PC | Unsecured | 326.52 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HINSDALE HOSPITAL | Unsecured | 5,574.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN NATIONAL BANK OF DEK | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN NATIONAL BANK OF DEK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 154.20 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 28,961.00 | 28,961.80 | 28,961.80 | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 23,051.00 | 23,051.78 | 23,051.78 | 0.00 | 0.00 |
| BOLINGBROOK WOMENS CLINIC | Unsecured | 93.72 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,579.00 | 1,579.92 | 1,579.92 | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 394.00 | 394.70 | 394.70 | 0.00 | 0.00 |
| CHASE HOME EQUITY | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DIGESTIVE HEALTH SRVS | Unsecured | 229.11 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOC | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 11,701.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 16,383.00 | 16,383.20 | 16,383.20 | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | NA | 51.74 | 51.74 | 0.00 | 0.00 |
| FIFTH THIRD BANK | Secured | 11,449.00 | 11,449.00 | 11,449.00 | 2,323.74 | 147.78 |
| GEMB LENDING | Unsecured | 10,732.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 194.20 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY | Unsecured | 3,512.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY | Unsecured | 2,075.00 | NA | NA | 0.00 | 0.00 |
| ISPC | Unsecured | 3,248.00 | 3,303.99 | 3,303.99 | 0.00 | 0.00 |
| LABORATORY & PATHOLOGY DIAG | Unsecured | 588.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY & PATHOLOGY DIAG | Unsecured | 77.72 | NA | NA | 0.00 | 0.00 |
| MARQUETTES CROSSING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MARQUETTES CROSSING | Secured | 1,286.04 | 1,286.04 | 1,286.04 | 171.48 | 0.00 |
| MOLECULAR IMAGING OF BOLINGBR | Unsecured | 721.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE EAR NOSE & THROAT | Unsecured | 70.90 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 703.80 | NA | NA | 0.00 | 0.00 |
| NITIN NADKARNI MD | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| PACCAR FINANCIAL CORP | Unsecured | 17,862.00 | 17,862.48 | 17,862.48 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PHILLIPS EYE CENTER | Unsecured | 937.42 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 3,038.00 | 3,038.85 | 3,038.85 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 13,723.00 | 13,723.77 | 13,723.77 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 21,487.00 | 21,487.81 | 21,487.81 | 0.00 | 0.00 |
| PROGRESSIVE EYE CARE | Unsecured | 1,202.38 | NA | NA | 0.00 | 0.00 |
| PROVENA HEALTH CTR FOR DIAG | Unsecured | 2,624.34 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 62.36 | NA | NA | 0.00 | 0.00 |
| REGIONS MORTGAGE | Secured | 14,007.00 | 12,559.65 | 12,559.65 | 0.00 | 0.00 |
| REGIONS MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| REVENUE CYCLE SOLUTIONS INC | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| REVENUE CYCLE SOLUTIONS INC | Unsecured | 3,444.73 | NA | NA | 0.00 | 0.00 |
| REVENUE CYCLE SOLUTIONS INC | Unsecured | 1,300.53 | NA | NA | 0.00 | 0.00 |
| REVENUE CYCLE SOLUTIONS INC | Unsecured | 6,012.33 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 2,157.00 | 2,157.27 | 2,157.27 | 0.00 | 0.00 |
| TRIAD FINANCIAL CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WALLWORK FINANCIAL CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $12,559.65 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,449.00 | $2,323.74 | $147.78 |
| All Other Secured | $1,286.04 | $171.48 | $0.00 |
| **TOTAL SECURED:** | **$25,294.69** | **$2,495.22** | **$147.78** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$131,997.31** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,853.64 |
| Disbursements to Creditors | $2,643.00 |
| **TOTAL DISBURSEMENTS :** | **$4,496.64** |

UST Form 101-13-FR-S (9/1/2009)

    12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/08/2010                  By: /s/ Glenn Stearns
                                                                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.